Somerville P. Tuck, Respondent, *v.* Jerome F. Manning, Defendant, et al., Appellants.

(Argued March 13, 1893; decided March 24, 1893.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made February 18, 1892, which affirmed an order of Special Term directing the payment to plaintiff of moneys collected by the sheriff upon a judgment in his favor.

*Theodore F. H. Meyer* for appellants.

*Grosvenor S. Hubbard* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

In the Matter of the Assignment of Charles Magnus for the Benefit of Creditors.

(Argued March 13, 1893; decided March 24, 1893.)

Appeal from order of the General Term of the Court of Common Pleas in and for the city and county of New York, made February 6, 1893, which vacated an order of Special Term, removing Mary C. Steinheauser as substitute assignee.

*Franklin Bien* for appellant.

*Abram Kling* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.